

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

## O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice

This court affirmed Roger Saldaña's felony convictions on August 8, 2018. No timely petition for discretionary review was filed, and this court's mandate issued on January 7, 2019. Saldaña has filed a request that copies of the record be provided to him at a reduced cost.

We **deny** the request. Once an indigent defendant has exhausted his state appeals, he is not entitled to a free or reduced-cost copy of the record absent some compelling recognized reason. *See In re Strickhausen*, 994 S.W.2d 936, 937 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). If Saldañna is seeking a copy of the record for use in pursuing post-conviction habeas corpus relief, he must file his request in the trial court in which the conviction was obtained, demonstrate that his habeas corpus application is not frivolous, and that there is a specific need for the records sought. *See United States v. MacCollom*, 426 U.S. 317, 325–26 (1976); *In re Coronado*, 980 S.W. 2d 691, 693 (Tex. App.—San Antonio 1998, orig. proceeding); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court